District Judge James L. Robart
Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LABRADOR ABADIN,<br><br>                Petitioner,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>                Respondents. | Case No. 2:25-cv-02411-JLR-SKV<br><br>STIPULATED MOTION AND<br>[PROPOSED] BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>December 5, 2025 |

      Petitioner and Federal Respondents[1] submit this proposed briefing schedule. To expedite this habeas matter, the parties agree to forgo Petitioner's motion for temporary restraining order ("TRO") in favor of expedited briefing in consideration of the merits of Petitioner's habeas corpus petition. Dkt. No. 5, TRO Motion. This would allow the parties to brief the issues only once and for this Court to rule on the issues once.

//

///

---

[1] Respondent Bruce Scott is not a federal official and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02411-JLR-SKV] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

The parties propose the following briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | December 18, 2025 |
| Petitioner's Response | December 23, 2025 |

Federal Respondents agree to not remove Petitioner from the United States or transfer Petitioner to another facility until this Court reaches a decision on the expedited habeas briefing.

If the Court finds appropriate, the parties agree to forego with the Report and Recommendation process.

Petitioner further agrees to withdraw the pending TRO motion (Dkt. No. 5).

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED this 5th day of December, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Federal Respondents*

*I certify that this memorandum contains 177 words, in compliance with the Local Civil Rules.*

ASCENT LEGAL, PLLC

*s/ Benjamin Cornell*
BENJAMIN CORNELL, WSBA #59553
5401 South Tacoma Way, Office 13
Tacoma, Washington 98409
Phone: (252) 300-6918
Email: ben@ascentlegal.net
*Attorney for Petitioner*

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02411-JLR-SKV] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

# [~~PROPOSED~~] ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| Filing | Deadline |
|---|---|
| Federal Respondents' Return Memorandum | December 18, 2025 |
| Petitioner's Response | December 23, 2025 |

The Motion for Temporary Restraining Order (Dkt. No. 5) is withdrawn.

Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility until this Court decides the habeas petition.

This case shall not be referred to a Magistrate Judge.

DATED this 5th day of December, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02411-JLR-SKV] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800