1

2  BENJAMIN CORNELL, WSB #49553
   ASCENT LEGAL, PLLC
3  5401 South Tacoma Way, Office 13
   Tacoma, WA 98409
4  Office: (253) 300-6918
   ben@ascentlegal.net
5
   *Attorney for Petitioner*
6

7            UNITED STATES DISTRICT COURT FOR THE

8              WESTERN DISTRICT OF WASHINGTON

                    SEATTLE DIVISION
9

10  JOSE LABRADOR ABADIN,
                                       Case No. 2:25-cv-02411-JLR
11                          Petitioner,

12            v.                       **[PROPOSED] ORDER GRANTING
                                       MOTION FOR LEAVE TO FILE
13  KRISTI NOEM, Secretary for the Department   OVERSIZED TRAVERSE TO
    of Homeland Security; TODD LYONS, Acting   FEDERAL RESPONDENTS' RETURN
    Director, Immigration and Customs          MEMORANDUM**
14  Enforcement; CAMILLA WAMSLEY, Field
    Office Director, Immigration and Customs
15  Enforcement Seattle Field Office; BRUCE
    SCOTT, Warden, Northwest ICE Processing
16  Center,

17                         Respondents.

18

19

20

21

22

23

24

# [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO ACCEPT OVERSIZED TRAVERSE TO FEDERAL RESPONDENTS' RETURN MEMORANDUM

The Court, having received the motion for leave to file oversized traverse to federal Respondents' return memorandum, and the Court having considered all papers filed in connection with this motion, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said motion is GRANTED.

DATED this 29th day of January, 2025.

_____
United States District Judge
Western District of Washington

Presented by:

BENJAMIN CORNELL
Ascent Legal, PLLC


_s/ Benjamin Cornell_
Benjamin Cornell, WSBA # 49553
5401 S Tacoma Way, Office 13
Tacoma, WA 98409
Phone: 253-300-6918
Email:  ben@ascentlegal.net
*Attorney for Petitioner*

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO TO FILE OVERSIZED TRAVERSE TO FEDERAL RESPONDENTS' RETURN MEMORANDUM
Case No.: 2:25-cv-02411-JLR

ASCENT LEGAL, PLLC
5401 S TACOMA WAY, OFFICE 13
TACOMA, WASHINGTON 98409
(253) 300-6819