THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| LABRADOR-ABADIN, JOSE,<br>　　　　　　　　　　Petitioner,<br>　　v.<br>KRISTI NOEM, Secretary for the Department of Homeland Security, *et. al*,<br>　　　　　　　　　　Respondents. | Case No. 2:25-cv-02411-JLR<br><br>ORDER |

　　　Petitioner, Jose Labrador-Abadin, filed petition for writ of habeas corpus (Dkt. 1) that has been GRANTED. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision as set forth by the Department of Homeland Security, to which he is subject.

DATED this __4th__ day of February, 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*s/ Benjamin Cornell*
Attorney for Jose Labrador-Abadin

---

ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS
*Labrador-Abadin v. Noem, et. al,* Case No.: 2:25-cv-02411-JLR

ASCENT LEGAL, PLLC
5401 S TACOMA WAY, OFFICE 13
TACOMA, WASHINGTON 98409
(253) 300-6819